**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*
*13869*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Bridget E. Zarrillo*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*

*Main: (973) 645-2700*
*Direct: (973) 297-2034*
*bridget.zarrillo@usdoj.gov*

November 2, 2026

# ORDER

**BY ECF**
Hon. Edward S. Kiel, U.S.D.J.
United States District Court
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re: *Moposita Tonato v. Mullin,* No. 26-14038 (ESK)**
**Petitioner's Bond Hearing**

Dear Judge Kiel:

This Office represents Respondents in this habeas matter. On October 26, 2026, ICE issued a Form I-286, Notice of Custody Determination, authorizing Petitioner's release on bond in the amount of $7,500. Ex. 1 (Form I-286). We respectfully write, pursuant to the Court's October 29, 2026 Order, ECF No. 2, to confirm that Petitioner received a bond hearing on October 28, 2026. However, the request for a bond hearing was withdrawn by Petitioner, as the Petitioner wished to pay the $7,500 bond granted by ICE. Ex. 2 (Order of Immigration Judge).

Accordingly, Respondents respectfully request that the Court lift its order enjoining Respondents from transferring Petitioner out of the District of New Jersey or removing him from the United States and close this matter.

Thank you very much for your consideration of this matter.

**So Ordered.**

***/s/ Edward S. Kiel***
**Edward S. Kiel, U.S.D.J.**
**Date: November 13, 2026**

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Bridget E. Zarrillo*
BRIDGET E. ZARRILLO
Assistant United States Attorney
*Attorneys for Respondents*